# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:08-CR-631 CAS |
| v. ) | |
| ) | |
| LARON R. IVY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Thomas C. Mummert, III. On June 14, 2010, Judge Mummert filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant's pro se motion to dismiss the indictment against him for violation of the Interstate Agreement on Detainers Act be denied.

No objections have been filed to the Magistrate Judge's Report and Recommendation and the time to do so has passed.

The Court has carefully and independently reviewed the record of this matter. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendation, and will adopt the same.

Accordingly, after careful review,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 7]

**IT IS FURTHER ORDERED** that defendant's "Motion to Dismiss Criminal Charges Under Interstate Detainer Act, I.A.D.A. Art, V(c), With Prejudice" is **DENIED**. [Doc. 6]

                                                                                            _/s/ Charles A. Shaw_
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  8th  day of July, 2010.